428 A.2d 681

Holcomb et al., Appellants v. Triangle Leasing Inc.

Submitted November 15, 1979. James D. McDonald, Jr., for appellants; Richard W. Perhacs, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

428 A.2d 681

Kemmick, Extrx. etc., Appellant v. DeSantis et ux., et al.

Argued November 14, 1979. Richard S. Crone, for appellant; Craig E. Wynn, for DeSantis et ux., First Seneca Bank, and Kosanovich et ux., appellees; David G. Joyce, for Ambridge Savings, and Girardi, appellees; Joseph M. Stanichak, for Paich, appellees.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.